IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN K. JAMES, ) | **Old Case No. 1:08cv0736 OWW DLB** |
| ) | |
| ) | **New Case No. 1:08cv0736 DLB** |
| ) | |
| ) | ORDER REASSIGNING CASE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

    1.    This action is assigned to United States Magistrate for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

    2.    The Clerk of the Court is directed to assign this action in its entirety to the Magistrate Judge; and

1

3.   The new case number shall be 1:08cv0736 DLB.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

**Dated:   June 19, 2008**                                  /s/ Oliver W. Wanger
                                                                        UNITED STATES DISTRICT JUDGE

2