BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  rohlfing_office@speakeasy.net

Attorney for KAREN K. JAMES

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN K. JAMES,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>   Defendant. | No.  1:08-CV-00736 OWW DLB<br><br>STIPULATION TO DISMISSAL |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///

-1-

Each party shall bear his/her own costs and expenses.

DATED: November 4, 2008    LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ - Brian C. Shapiro*

_____
BRIAN C. SHAPIRO
Attorneys for KAREN K. JAMES


DATED:  November 4, 2008    McGREGOR W. SCOTT
United States Attorney


*/S/-Shea Bond SAUSA*


_____
SHEA BOND
SPECIAL ASSISTANT AUSA
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Defendant
[*By via email authorization on 11/4/08]

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE:  November 4, 2008

___/s/_____
THE HONORABLE DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE